IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM J. HUNTER, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil No. 3:12-CV-1094-M-BK |
| ALLIED BARTON SECURITY § | |
| SEVICES and LESLEY VARNER, § | |
| § | |
| Defendant. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on September 19, 2013, and the District Court has made a de novo review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS